| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lynn, Barbara M | 2. Court or Organization U.S.D.C.-No. District of Texas | 3. Date of Report 5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Federal Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1100 Commerce St., Room 1572 Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | Patrick Higginbotham Inn of Court |
| 2.   Trustee | The Center for American and International Law |
| 3.   Trustee | Trust #1(Dallas, Texas)(Income and Principal Beneficiary) |
| 4.   Member | Executive Committee of Federal Trial Judges Conference, Judicial Division of the American Bar Association |
| 5.   Member | Executive Board, Southern Methodist University Dedman School of Law |

# II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 10 A 10: 23 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 5/5/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Michael P. Lynn P.C. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | San Antonio, TX, January 17, State Bar of Texas Board Meeting (meals and transportation) |
| 2. | ABA | Seattle, WA, February 6-9, ABA Mid-Year Meeting (meals, hotel, transportation) |
| 3. | ABA | Aspen, CO, May 1-4, ABA Judicial Division Spring Planning Meeting (meals, hotel, transportation) |
| 4. | State Bar of Texas | Houston, TX, June 11-13, State Bar of Texas Annual Meeting (meals, hotel, transportation) |
| 5. | Association of American Law Schools | New York, NY, June 17-20, AALS Mid-Year Conference on Torts (hotel, meals, transportation) |
| 6. | ABA | San Francisco, CA, August 7-11, ABA Annual Meeting (hotel, meals, transportation) |
| 7. | ABA | Chicago, IL, October 8-12, ABA Fall Leadership Meeting (hotel, meals, transportation) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 5/5/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | ABA | Washington, DC, November 14-16, ABA Standing Committee on Federal Judicial Improvements Fall Meeting (hotel, meals, transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab Brokerage Account #1 (includes 2-62) | | | | | | | | | |
| 2. -Schwab Tax Exempt Money Market Fund | A | Dividend | N | T | | | | | |
| 3. -Scudder Municipal Bond Mutual Fund (see comments section) | E | Dividend | N | T | | | | | |
| 4. -Vanguard Intermediate Term Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 5. -Pimco Foreign Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 6. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | Partial Sale | 6/10 | K | B | |
| 7. -DFA US 6-10 Value Mutual Fund | | | | | Partial Sale | 9/25 | J | C | |
| 8. -Fremont US Micro Cap Mutual Fund | | None | K | T | Partial Sale | 6/10 | K | | |
| 9. -Fremont US Micro Cap Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 10. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |
| 11. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | J | B | |
| 12. -Harbor Capital Appreciation Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 13. -Janus Balanced Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | J | | |
| 14. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | K | | |
| 15. -Vanguard Index Trust Mutual Fund | | | | | Partial Sale | 9/25 | K | | |
| 16. -Dresdner Europe Mutual Fund | A | None | | | Partial Sale | 6/10 | K | | |
| 17. -Dresdner Europe Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 18. -Dresdner Europe Mutural Fund | | | | | Sell | 12/19 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | K | D | |
| 20. -Tweedy Browne Global Value Mutual Fund | | | | | Partial Sale | 9/25 | K | C | |
| 21. -Mosaic Investors | A | Dividend | M | T | Partial Sale | 6/10 | K | | |
| 22. -Royce Low Priced Stock | A | Dividend | L | T | Partial Sale | 6/10 | K | | |
| 23. -Royce Low Priced Stock | | | | | Partial Sell | 9/25 | K | B | |
| 24. -U.S. Treasury Bond | B | Interest | | | Buy | 7/21 | M | | |
| 25. -U.S. Treasury Bond | | | | | Sell | 8/15 | M | | |
| 26. -Dow Jones Financial Service | | | | | Buy | 4/4 | K | | |
| 27. -Dow Jones Financial Services | | | | | Partial Sell | 6/17 | J | B | |
| 28. -Dow Jones Financial Services | | | | | Sell | 6/23 | J | B | |
| 29. -GMAC | | | | | Buy | 8/18 | L | | |
| 30. -GMAC | | | | | Matured | 9/23 | L | A | |
| 31. -NASDAQ Biotech Index | | | | | Buy | 4/4 | K | | |
| 32. -NASDAQ Biotech Index | | | | | Partial Sale | 6/6 | J | C | |
| 33. -NASDAQ Biotech Index | | | | | Partial Sale | 6/19 | K | C | |
| 34. -NASDAQ Biotech Index | | | | | Sell | 9/29 | L | | |
| 35. -Rydex Juno Fund | | | | | Buy | 7/29 | M | | |
| 36. -Rydex Juno Fund | | | | | Sell | 9/17 | M | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Dow Jones Telecom | A | Dividend | J | T | Buy | 4/4 | J | | |
| 38. -Goldman Sachs Natural Resources | A | Dividend | K | T | Buy | 4/4 | K | | |
| 39. -Goldman Sachs Natural Resources | | | | | Partial Sale | 6/10 | J | A | |
| 40. -Goldman Sachs Networking | | | K | T | Buy | 4/4 | K | | |
| 41. -Goldman Sachs Software | | | K | T | Buy | 4/4 | K | | |
| 42. -Goldman Sachs Technology | | | K | T | Buy | 4/4 | K | | |
| 43. -Goldman Sachs Technology | | | | | Partial Sale | 8/6 | K | C | |
| 44. -MSCI Japan Index Fund | A | Dividend | M | T | Buy | 10/27 | M | | |
| 45. -Dow Jones Financial Sector | A | Dividend | | | Buy | 4/4 | K | | |
| 46. -Dow Jones Financial Sector | | | | | Sell | 6/23 | K | B | |
| 47. -Dow Jones Healthcare Sector | A | Dividend | | | Buy | 4/4 | K | | |
| 48. -Dow Jones Healthcare Sector | | | | | Partial Sale | 6/18 | J | A | |
| 49. -Dow Jones Healthcare Sector | | | | | Sell | 8/4 | J | A | |
| 50. -Ishares 1-3 Year Treasury Fund | A | Distribution | L | T | Buy | 6/12 | L | | |
| 51. -Ishares 1-3 Year Treasury Fund | | | | | Sell | 7/15 | J | A | |
| 52. -Cohen & Steers Realty | A | Dividend | J | T | Buy | 4/4 | K | | |
| 53. -Dow Jones Basic Materials Sector | A | Dividend | K | T | Buy | 4/4 | K | | |
| 54. -Dow Jones Basic Materials Sector | | | | | Partial Sale | 12/8 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Dow Jones Consumer Cyclical | A | Dividend | K | T | Buy | 4/4 | K | | |
| 56. -Dow Jones Consumer Cyclical | | | | | Partial Sale | 6/17 | J | A | |
| 57. -Dow Jones Consumer Non-Cyclical | A | Dividend | J | T | Buy | 4/4 | K | | |
| 58. -Dow Jones Consumer Non-Cyclical | | | | | Partial Sale | 6/10 | J | A | |
| 59. -Dow Jones Energy Sector | A | Dividend | J | T | Buy | 4/4 | K | | |
| 60. -Dow Jones Energy Sector | | | | | Partial Sale | 6/10 | J | A | |
| 61. -Dow Jones Real Estate | A | Dividend | J | T | Buy | 4/4 | K | | |
| 62. -Dow Jones Real Estate | | | | | Partial Sale | 7/14 | J | A | |
| 63. Charles Schwab Brokerage Account #2 (includes 64-121) | | | | | | | | | |
| 64. -Schwab Tax Exempt Money Market | A | Dividend | N | T | | | | | |
| 65. -Scudder Municipal Bond Mutual Fund (see comments section) | E | Dividend | N | T | | | | | |
| 66. -Vanguard Intermediate Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 67. -Pimco Foreign Bond Mutual Fund | A | Dividend | K | T | | | | | |
| 68. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | | | | | |
| 69. -Fremont US Micro Cap Mutual Fund | | None | K | T | Partial Sale | 6/10 | K | | |
| 70. -Fremont US Micro Cap Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 71. -Gateway Mutual Fund | A | Dividend | M | T | | | | | |
| 72. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,000-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. -Harbor Capital Appreciation Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 74. -Janus Balanced Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | J | | |
| 75. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | K | | |
| 76. -Vanguard Index Trust Mutual Fund | | | | | Partial Sale | 9/25 | K | | |
| 77. -Dresdner Europe Mutual Fund | A | Dividend | | | Partial Sale | 6/10 | K | | |
| 78. -Dresdner Europe Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 79. -Dresdner Europe Mutual Fund | | | | | Sell | 12/19 | K | | |
| 80. -Tweedy Browne Global Value Mutual Fund | A | Dividend | L | T | Partial Sale | 6/10 | L | D | |
| 81. -Tweedy Browne Global Value Mutual Fund | | | | | Buy | 9/25 | K | | |
| 82. -Mosaic Investors | A | Dividend | M | T | Partial Sale | 6/10 | L | D | |
| 83. -Royce Low Priced Stock | A | Dividend | L | T | Partial Sale | 6/10 | L | | |
| 84. -Royce Low Priced Stock | | | | | Partial Sale | 9/25 | K | B | |
| 85. -Dow Jones Financial Services | A | Dividend | | | Buy | 4/4 | K | | |
| 86. -Dow Jones Financial Services | | | | | Sell | 6/23 | K | B | |
| 87. -Dow Jones Healthcare Sector | A | Dividend | | | Buy | 4/4 | K | | |
| 88. -Dow Jones Healthcare Sector | | | | | Partial Sale | 6/18 | J | A | |
| 89. -Dow Jones Healthcare Sector | | | | | Sell | 8/4 | J | A | |
| 90. -Dow Jones Real Estate | A | Dividend | J | T | Buy | 4/4 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Dow Jones Real Estate | | | | | Partial Sale | 7/14 | J | A | |
| 92. -Dow Jones Technology Sector | | | K | T | Buy | 4/4 | K | | |
| 93. -Dow Jones Technology Sector | | | | | Sale | 8/6 | K | C | |
| 94. -Dow Jones Telecom | A | Dividend | J | T | Buy | 4/4 | J | | |
| 95. -Dow Jones Telecom | | | | | Partial Sale | 6/3 | J | B | |
| 96. -GMAC | | | | | Buy | 8/18 | L | | |
| 97. -GMAC | | | | | Matures | 9/23 | L | A | |
| 98. -U.S. Treasury Bond | B | Interest | | | Buy | 7/21 | M | | |
| 99. -U.S. Treasury Bond | | | | | Sell | 8/15 | M | | |
| 100. -Cohen & Steers Realty | B | Dividend | K | T | Buy | 4/4 | K | | |
| 101. -Ishares 1-3 Year Treasury Fund | A | Dividend | L | T | Buy | 6/12 | L | | |
| 102. -Dow Jones Basic Material | A | Dividend | K | T | Buy | 4/4 | K | | |
| 103. -Dow Jones Consumer Cyclical | A | Dividend | K | T | Buy | 4/4 | K | | |
| 104. -Dow Jones Consumer Non-Cyclical | A | Dividend | J | T | Buy | 4/4 | K | | |
| 105. -Dow Jones Energy Sector | A | Dividend | J | T | Buy | 4/4 | K | | |
| 106. -Goldman Sachs Networking | | | K | T | Buy | 4/4 | K | | |
| 107. -Goldman Sachs Software | | | K | T | Buy | 4/4 | K | | |
| 108. -MSCI Japan Fund | A | Dividend | M | T | Buy | 10/27 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>M nth -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transacti n) |
| 109. -Dow Jones Financial Sector | A | Dividend | | | Buy | 4/4 | K | | |
| 110. -Dow Jones Financial Sector | | | | | Sell | 6/23 | K | B | |
| 111. -Goldman Sachs Natural Resources | A | Dividend | K | T | Buy | 4/4 | J | | |
| 112. -Goldman-Sachs Natural Resources | | | | | Partial Sale | 6/10 | J | A | |
| 113. -Goldman Sachs Semiconductor | A | Dividend | K | T | Buy | 8/19 | J | | |
| 114. -Goldman Sachs Semiconductor | | | | | Partial Sale | 12/11 | J | B | |
| 115. -NASDAQ Biotech Fund | | | | | Buy | 4/4 | K | | |
| 116. -NASDAQ Biotech Fund | | | | | Partial Sale | 6/6 | J | C | |
| 117. -NASDAQ Biotech Fund | | | | | Sell | 6/19 | K | C | |
| 118. -NASDAQ Biotech Fund | | | | | Buy | 9/3 | L | | |
| 119. -NASDAQ Biotech Fund | | | | | Sell | 9/29 | L | | |
| 120. -Rydex Juno Fund | | | | | Buy | 7/29 | M | | |
| 121. -Rydex Juno Fund | | | | | Sell | 9/17 | M | | |
| 122. Charles Schwab Brokerage Account #3 (includes 123-127) | | | | | | | | | |
| 123. -Schwab Tax Exempt Money Market | B | Dividend | O | T | | | | | |
| 124. -Dow Jones Telecom | | | | | Buy | 4/4 | J | | |
| 125. -Dow Jones Telecom | | | | | Sell | 6/3 | J | B | |
| 126. -GMAC | | | | | Buy | 7/31 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. -GMAC | | | | | Matured | 9/2 | M | A | |
| 128. Charles Schwab Brokerage Account #4 (includes 129) | | | | | | | | | |
| 129. -Schwab Money Market | A | Dividend | J | T | | | | | |
| 130. Charles Schwab IRA Rollover #1 (includes 131-147) | | | | | | | | | |
| 131. -Schwab Money Market | A | Dividend | O | T | | | | | |
| 132. -Meridian Value | | None | M | T | Partial Sale | 6/10 | M | D | |
| 133. -Meridian Value | | | | | Partial Sale | 9/25 | L | D | |
| 134. -TCW Galileo Value | | None | M | T | Partial Sale | 6/10 | M | D | |
| 135. -TCW Galileo Value | | | | | Partial Sale | 9/25 | L | E | |
| 136. -Thompson Plumb Growth | A | Dividend | M | T | Partial Sale | 6/10 | M | | |
| 137. -Thompson Plumb Growth | | | | | Partial Sale | 9/25 | L | | |
| 138. -Oppenheimer Real Asset | A | Dividend | J | T | Buy | 6/4 | J | | |
| 139. -Dow Jones Energy Sector | A | Dividend | K | T | Buy | 8/19 | K | | |
| 140. -Dow Jones Financial Sector | A | Dividend | K | T | Buy | 8/19 | K | | |
| 141. -Dow Jones Financial Services | A | Dividend | K | T | Buy | 8/19 | K | | |
| 142. -Goldman Sachs Natural Resources | A | Dividend | K | T | Buy | 8/19 | K | | |
| 143. -Goldman Sachs Networking | | None | K | T | Buy | 8/19 | K | | |
| 144. -GMAC | | | | | Buy | 7/31 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,000-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. -GMAC | | | | | Matured | 9/2 | L | A | |
| 146. -GMAC | | | | | Buy | 8/18 | L | | |
| 147. -GMAC | | | | | Matured | 9/23 | L | A | |
| 148. Charles Schwab IRA #1 (includes 149-156) | | | | | | | | | |
| 149. -Schwab Money Market | A | Dividend | K | T | | | | | |
| 150. -Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |
| 151. -Fremont US Micro Cap Mutual Fund | | None | K | T | Partial Sale | 6/10 | J | | |
| 152. -Fremont US Micro Cap Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 153. -Gateway Mutual Fund | A | Dividend | J | T | | | | | |
| 154. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | Parial Sale | 6/10 | J | | |
| 155. -Meridian Value | | None | J | T | | | | | |
| 156. -Oppenheimer Real Asset | A | Dividend | J | T | Buy | 6/4 | J | | |
| 157. Trust #1 (includes 158-168) | | | | | | | | | |
| 158. -Schwab Tax Exempt Money Market | A | Dividend | L | T | | | | | |
| 159. -Vanguard Intermediate Municipal Bond Mutual Fund | A | Dividend | L | T | | | | | |
| 160. -Fremont US Micro Cap Mutual Fund | | None | K | T | Partial Sale | 6/10 | J | | |
| 161. -Fremont US Micro Cap Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 162. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | Partial Sale | 6/10 | J | | |
| 164. -P&PProperty 88 | A | Distribution | J | W | | | | | |
| 165. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 166. -Pioneer Natural Resources | | None | J | W | | | | | |
| 167. -Goldman Sachs Semiconductor | | | | | Buy | 5/12 | K | | |
| 168. -Goldman Sachs Semiconductor | | | | | Sell | 8/7 | K | B | |
| 169. Trust #2 (includes 170-186) | | | | | | | | | |
| 170. -Schwab Tax Exempt Money Market | A | Dividend | L | T | | | | | |
| 171. -Pimco Total Return Mutual Fund | C | Dividend | L | T | | | | | |
| 172. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | L | T | | | | | |
| 173. -Pimco Foreign Bond Mutual Fund | C | Dividend | K | T | | | | | |
| 174. -DFA US 6-10 Value Mutual Fund | A | Dividend | J | T | Partial Sale | 6/10 | J | | |
| 175. -Fremont US Micro Cap Mutual Fund | | None | J | T | Partial Sale | 6/10 | J | | |
| 176. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |
| 177. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K - L | T | Partial Sale | 6/10 | J | | |
| 178. -Tweedy Browne Global Value Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 179. -Meridian Value | | None | J | T | Partial Sale | 6/10 | J | | |
| 180. -TCW Galileo Value | | None | J | T | Partial Sale | 6/10 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. -Thompson Plumb Growth | A | Dividend | J | T | Partial Sale | 6/10 | J | | |
| 182. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 183. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 184. -Royce Low Priced Stock | A | Dividend | K | T | Partial Sale | 6/10 | K | | |
| 185. -Royce Low Priced Stock | | | | | Partial Sale | 9/25 | K | A | |
| 186. -Pioneer Natural Resources | | Royalty | J | W | | | | | |
| 187. Trust #3 (includes 188-240) | | | | | | | | | |
| 188. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 189. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 190. -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | J | T | | | | | |
| 191. -Harbor International Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | J | B | |
| 192. -Harbor International Mutual Fund | | | | | Partial Sale | 9/25 | J | B | |
| 193. -Pimco Total Return | D | Dividend | L | T | | | | | |
| 194. -Diamond Trust Series | A | Dividend | | | Sell | 1/27 | J | | |
| 195. -S&P Midcap 400 Index | | None | | | Sell | 1/27 | J | | |
| 196. -Royce Low Priced Stock (see comments section) | | None | | | Sell | 2/10 | K | | |
| 197. -Oppenheimer Real Asset | A | Dividend | J | T | Buy | 6/4 | J | | |
| 198. -MSCI Japan Index Fund | A | Dividend | K | T | Buy | 10/27 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. -Cohen & Steers Realty | A | Dividend | J | T | Buy | 4/3 | J | | |
| 200. -Cohen & Steers Realty | | | | | Partial Sale | 7/15 | J | A | |
| 201. -Dow Jones Basic Materials | A | Dividend | J | T | Buy | 4/3 | J | | |
| 202. -Dow Jones Basic Materials | | | | | Partial Sale | 12/8 | J | A | |
| 203. -Dow Jones Consumer Cyclical | A | Dividend | J | T | Buy | 4/3 | J | | |
| 204. -Dow Jones Consumer Cyclical | | | | | Partial Sale | 6/17 | J | A | |
| 205. -Dow Jones Consumer Non-Cyclical | A | Dividend | J | T | Buy | 4/3 | J | | |
| 206. -Dow Jones Consumer Non-Cyclical | | | | | Partial Sale | 6/10 | J | A | |
| 207. -Dow Jones Energy Sector | A | Dividend | J | T | Buy | 4/3 | J | | |
| 208. -Dow Jones Energy Sector | | | | | Partial Sale | 6/10 | J | A | |
| 209. -Dow Jones Financial Sector | A | Dividend | J | T | Buy | 4/3 | J | | |
| 210. -Dow Jones Financial Sector | | | | | Partial Sale | 6/23 | J | A | |
| 211. -Dow Jones Financial Services | A | Dividend | J | T | Buy | 4/3 | J | | |
| 212. -Dow Jones Financial Services | | | | | Partial Sale | 6/17 | J | A | |
| 213. -Dow Jones Financial Services | | | | | Partial Sale | 6/23 | J | A | |
| 214. -Dow Jones Healthcare | A | Dividend | | | Buy | 4/3 | J | | |
| 215. -Dow Jones Healthcare | | | | | Partial Sale | 6/18 | J | A | |
| 216. -Dow Jones Healthcare | | | | | Sell | 8/4 | J | A | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                    P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other        W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M - | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. -Dow Jones Real Estate | A | Dividend | J | T | Buy | 4/3 | J | | |
| 218. -Dow Jones Real Estate | | | | | Partial Sale | 7/14 | J | A | |
| 219. -Dow Jones Technology Sector | | None | | | Buy | 4/3 | J | | |
| 220. -Dow Jones Technology Sector | | | | | Sell | 8/6 | J | A | |
| 221. -Dow Jones Telecom | A | Dividend | J | T | Buy | 4/3 | J | | |
| 222. -Dow Jones Telecom | | | | | Partial Sale | 6/3 | J | A | |
| 223. -Dow Jones Total Market Index | A | Dividend | | | Buy | 4/23 | J | | |
| 224. -Dow Jones Total Market Index | | | | | Sell | 7/1 | J | A | |
| 225. -Goldman Sachs Natural Resources | A | Dividend | J | T | Buy | 4/3 | J | | |
| 226. -Goldman Sachs Natural Resources | | | | | Partial Sale | 6/10 | J | A | |
| 227. -Goldman Sachs Semiconductor | A | Dividend | J | T | Buy | 8/19 | J | | |
| 228. -Goldman Sachs Semiconductor | | | | | Partial Sale | 12/11 | J | A | |
| 229. -NASDAQ Biotech Index | | None | | | Buy | 4/3 | J | | |
| 230. -NASDAQ Biotech Index | | | | | Partial Sale | 6/6 | J | A | |
| 231. -NASDAQ Biotech Index | | | | | Partial Sale | 6/19 | J | A | |
| 232. -NASDAQ Biotech Index | | | | | Sell | 9/29 | J | | |
| 233. -Rydex Tempest 500 Fund | | None | | | Buy | 1/30 | J | | |
| 234. -Rydex Tempest 500 Fund | | | | | Sell | 4/3 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M - | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. -U.S. Treasury Bond | A | Interest | | | Buy | 7/21 | K | | |
| 236. -U.S. Treasury Bond | | | | | Sell | 8/15 | K | | |
| 237. -Goldman Sachs Networking | | None | J | T | Buy | 4/3 | J | | |
| 238. -Goldman-Sachs Networking | | | | | Buy | 8/19 | J | | |
| 239. -Goldman Sachs Software | | None | J | T | Buy | 4/3 | J | | |
| 240. -Goldman Sachs Technology | | None | J | T | Buy | 4/3 | J | | |
| 241. Trust #4 (includes 241-296) | | | | | | | | | |
| 242. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 243. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 244. -Vanguard Inermediate Treasury Mutual Fund | C | Dividend | K | T | | | | | |
| 245. -Harbor International Mutual Fund | A | Dividend | K | T | Partial Sell | 6/10 | J | B | |
| 246. -Harabor International Mutual Fund | | | | | Partial Sell | 9/25 | J | B | |
| 247. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 248. -Diamond Trust Series | A | Dividend | | | Sell | 1/27 | J | | |
| 249. -S&P Midcap 400 Index | | None | | | Sell | 1/27 | J | | |
| 250. -Royce Low Priced Stock | | None | | | Sell | 2/10 | K | | |
| 251. -Cohen & Steers Realty | A | Dividend | J | T | Buy | 4/3 | J | | |
| 252. -Cohen & Steers Realty | | | | | Partial Sale | 7/15 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. -Dow Jones Basic Materials | A | Dividend | J | T | Buy | 4/3 | J | | |
| 254. -Dow Jones Basic Materials | | | | | Partial Sale | 12/8 | J | A | |
| 255. -Dow Jones Consumer Cyclical | A | Dividend | J | T | Buy | 4/3 | J | | |
| 256. -Dow Jones Consumer Cyclical | | | | | Partial Sale | 6/17 | J | A | |
| 257. -Dow Jones Consumer Non-Cyclical | A | Dividend | J | T | Buy | 4/3 | J | | |
| 258. -Dow Jones Consumer Non-Cyclical | | | | | Partial Sale | 6/10 | J | A | |
| 259. -Dow Jones Energy Sector | A | Dividend | J | T | Buy | 4/3 | J | | |
| 260. -Dow Jones Energy Sector | | | | | Partial Sale | 6/10 | J | A | |
| 261. -Dow Jones Financial Sector | A | Dividend | J | T | Buy | 4/3 | J | | |
| 262. -Dow Jones Financial Sector | | | | | Partial Sale | 6/23 | J | A | |
| 263. -Dow Jones Financial Services | A | Dividend | J | T | Buy | 4/3 | J | | |
| 264. -Dow Jones Financial Services | | | | | Partial Sale | 6/17 | J | A | |
| 265. -Dow Jones Financial Services | | | | | Partial Sale | 6/23 | J | A | |
| 266. -Dow Jones Healthcare Sector | A | Dividend | | | Buy | 4/3 | J | | |
| 267. -Dow Jones Healthcare Sector | | | | | Partial Sale | 6/18 | J | A | |
| 268. -Dow Jones Healthcare Sector | | | | | Sell | 8/4 | J | A | |
| 269. -Dow Jones Real Estate | A | Dividend | J | T | Buy | 4/3 | J | | |
| 270. -Dow Jones Real Estate | | | | | Partial Sale | 7/14 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. -Dow Jones Technology Sector | | | | | Buy | 4/3 | J | | |
| 272. -Dow Jones Technology Sector | | | | | Sell | 8/6 | J | A | |
| 273. -Dow Jones Telecom | A | Dividend | J | T | Buy | 4/3 | J | | |
| 274. -Dow Jones Telecom | | | | | Partial Sale | 6/3 | J | A | |
| 275. -Dow Jones Total Market | A | Dividend | | | Buy | 4/23 | K | | |
| 276. -Dow Jones Total Market | | | | | Sell | 7/1 | K | B | |
| 277. -Goldman Sachs Natural Resources | A | Dividend | J | T | Buy | 4/3 | J | | |
| 278. -Goldman Sachs Natural Resources | | | | | Partial Sale | 6/10 | J | A | |
| 279. -Goldman Sachs Semiconductor | A | Dividend | J | T | Buy | 5/12 | J | | |
| 280. -Goldman Sachs Semiconductor | | | | | Sell | 8/7 | J | A | |
| 281. -Goldman Sachs Semiconductor | | | | | Buy | 8/19 | J | | |
| 282. -Goldman Sachs Semiconductor | | | | | Partial Sale | 12/11 | J | A | |
| 283. -NASDAQ Biotech Index | | | | | Buy | 4/3 | J | | |
| 284. -NASDAQ Biotech Index | | | | | Partial Sale | 6/6 | J | A | |
| 285. -NASDAQ Biotech Index | | | | | Sell | 6/19 | J | A | |
| 286. -NASDAQ Biotech Index | | | | | Buy | 9/3 | J | | |
| 287. -NASDAQ Biotech Index | | | | | Sell | 9/29 | J | | |
| 288. -Rydex Tempest 500 Fund | | | | | Buy | 1/30 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. -Rydex Tempest 500 Fund | | | | | Sell | 4/3 | K | | |
| 290. -U.S. Treasury Bond | B | Interest | | | Buy | 7/21 | K | | |
| 291. -U.S. Treasury Bond | | | | | Sell | 8/15 | K | | |
| 292. -Goldman-Sachs Networking | | | J | T | Buy | 4/3 | J | | |
| 293. -Goldman Sachs Software | | | J | T | Buy | 4/3 | J | | |
| 294. -Goldman Sachs Technology | | | J | T | Buy | 4/3 | J | | |
| 295. -Oppenheimer Real Asset | A | Dividend | J | T | Buy | 6/4 | J | | |
| 296. -MSCI Japan Index Fund | A | Dividend | J | T | Buy | 10/27 | K | | |
| 297. Charles Schwab SEP-IRA #1 (includes 298-300) | | | | | | | | | |
| 298. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 299. -Gateway Mutual Fund | A | Dividend | K | T | | | | | |
| 300. -Harbor Capital Appreciation Mutual Fund | A | Dividend | J | T | Partial Sale | 6/10 | J | B | |
| 301. Charles Schwab IRA Rollover #2 (includes 302-313) | | | | | | | | | |
| 302. -Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 303. -Pimco Total Return Mutual Fund | E | Dividend | N | T | | | | | |
| 304. -Pimco Foreign Bond Mutual Fond | D | Dividend | M | T | | | | | |
| 305. -Gateway Mutual Fund | B | Dividend | M | T | | | | | |
| 306. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | Partial Sale | 6/10 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Harbor Capital Appreciation Mutual Fund | | | | | Partial Sale | 9/25 | J | A | |
| 308. -Tweedy Browne Global Value Mutual Fund | A | Dividend | L | T | Partial Sale | 6/10 | K | | |
| 309. -Tweedy Browne Global Value Mutual Fund | | | | | Partial Sale | 9/25 | K | | |
| 310. -Oppenheimer Real Asset | A | Dividend | J | T | Buy | 6/4 | J | | |
| 311. -Dow Jones Basic Materials | A | Dividend | K | T | Buy | 8/19 | K | | |
| 312. -Dow Jones Basic Materials | | | | | Sell | 12/8 | J | B | |
| 313. -Dow Jones Consumer Non-Cyclical | A | Dividend | K | T | Buy | 8/19 | K | | |
| 314. Charles Schwab IRA #2 (includes 315-321) | | | | | | | | | |
| 315. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 316. -Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 317. -Fremont US Micro Cap Mutual Fund | | None | K | T | Partial Sale | 6/10 | J | | |
| 318. -Fremont US Micro Cap Mutual Fund | | | | | Partial Sale | 9/25 | J | | |
| 319. -Gateway Mutual Fund | A | Dividend | J | T | | | | | |
| 320. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | Partial Sale | 6/10 | J | | |
| 321. -Meridian Value | | None | J | T | | | | | |
| 322. Rental Property #1, Dallas, TX | A | Rent | M | W | | | | | |
| 323. 401k-Transamerica | | None | M | T | | | | | |
| 324. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 325.   Bank One Checking Account | A | Interest | N | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 5/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. Investments and Trusts

Lines 3 and 65: Scudder Municipal Bond Mutual Fund (previously listed as Morgan Grenfell Municipal Mutual Fund in 2002 Financial Disclosure).

Line 196: Royce Low Priced Stock inadvertently listed as Roya Low Priced Stock in 2002 Financial Disclosure.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date___5-5-04_____

NOTE: A[...]HO KNOWING[...]FIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ[...]CRIMINAL SA[...]4)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544